IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| DISCOVER BANK and DFS SERVICES LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No.: 3:13-cv-565-TAV-HBG |
| JOHN M. RICHARDSON, JR., STEVEN T. RICHARDSON, AND JOHN M. RICHARDSON, JR., P.C. D/B/A THE RICHARDSON LAW FIRM, | § § § § § | |
| Defendants. | § § | |

ORDER OF DISMISSAL

Came the Parties, and announced to the court that all matters in controversy in this cause have been fully and finally resolved, and moved the court to dismiss this action with prejudice as to all parties and issues in controversy herein.

**IT IS, THEREFORE, ACCORDINGLY ORDERED, ADJUDGED AND DECREED:**

That this action is dismissed with prejudice.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ Ronald S. Range, Jr.
Ronald S. Range, Jr., BPR No. 013928
Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200 (37604)
P.O. Box 3038
Johnson City, Tennessee  37602
Phone:  (423) 928-0181
rrange@bakerdonelson.com
cwallace@bakerdonelson.com

and

Gary C. Shockley, BPR No. 010104
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, P.C.
211 Commerce Center
Suite 1000
Nashville, Tennessee  37201
Phone:  (615)726-5600
gshockley@bakerdonelson.com

*Attorneys for Plaintiffs*
　*Discover Bank and DFS Services LLC*

s/ Gregory Brown
Darryl G. Lowe, BPR No. 002104
Gregory Brown, BPR No. 027944
LOWE, YEAGER & BROWN
1950 Riverview Tower
900 South Gay Street
Knoxville, Tennessee 37902
Phone:  (865) 521-6527
dgl@lyblaw.net
gb@lyblaw.net

*Attorneys for Defendants*